UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC NICHOLAS,<br><br>　　Plaintiff,<br><br>　　v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>　　Defendant. | No. 5:22-cv-01441-RAO<br><br>[~~PROPOSED~~] **JUDGMENT OF REMAND** |

The Court having approved the parties' Stipulation to Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g), IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand.

DATE: February 27, 2023

　　　　　　　　　　　　　　　*/s/ Rozella A. Oliver*
　　　　　　　　　　　　　　　HONORABLE ROZELLA A. OLIVER
　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1